Gmail

**Service Email <service@nia.law>**

# 1st Request To Schedule Depositions - FOUR BROTHERS INVESTMENT LLC v. ACUITY A MUTUAL INSURANCE COMPANY - 4:25-cv-00864

**Service Email** <Service@nia.law>                                    Thu, Apr 23, 2026 at 2:37 PM
To: Dax Sotero <dax@nia.law>
Cc: "James R. Jarrow" <jarrow@bakersterchi.com>, "Kaycee M. Croft" <kaycee.croft@bakersterchi.com>, "Samantha R. Patterson" <samantha.patterson@bakersterchi.com>, Anthony Pastor <anthony@nia.law>, Deishaly Morales <deishaly@nia.law>, "emilia@nia.law" <emilia@nia.law>

Good afternoon,

We would like to request the availability of the following individuals for deposition in the matters listed below:

Case No. 4:25-cv-01189-CDP
• Matt Friedl
• Corporate Representative

Case No. 4:25-cv-00864-CDP
• Matt Friedl
• Corporate Representative
• Amy Pacoe
• Nik Newgard

Please provide available dates and times so we may proceed with scheduling.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



[Quoted text hidden]

Case 4:25-cv-00864-CDP　Doc #: 39-1　Filed: 06/04/26　Page 2 of 3 PageID #: 600



## 1st Request To Schedule Depositions - FOUR BROTHERS INVESTMENT LLC v. ACUITY A MUTUAL INSURANCE COMPANY - 4:25-cv-00864

**Service Email** <Service@nia.law>　　　　　　　Wed, May 6, 2026 at 10:51 AM
To: "James R. Jarrow" <jarrow@bakersterchi.com>
Cc: "Kaycee M. Croft" <kaycee.croft@bakersterchi.com>, "Samantha R. Patterson" <samantha.patterson@bakersterchi.com>, "litigation@nia.law" <litigation@nia.law>

Good morning,

We would like to follow up on the request below. Please provide the availability of your corporate representatives, Matt Friedl, Amy Pacoe, and Nik Newgard.

The discovery deadline is June 1, and we would like to schedule these depositions prior to that date. Please provide the requested availability at your earliest convenience.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



[Quoted text hidden]

Case 4:25-cv-00864-CDP Doc #: 39-1 Filed: 06/04/26 Page 3 of 3 PageID #: 601


**Gmail**

Service Email <service@nia.law>

# 1st Request To Schedule Depositions - FOUR BROTHERS INVESTMENT LLC v. ACUITY A MUTUAL INSURANCE COMPANY - 4:25-cv-00864

**Service Email** <Service@nia.law>                                   Mon, May 18, 2026 at 3:35 PM
To: "James R. Jarrow" <jarrow@bakersterchi.com>
Cc: "Kaycee M. Croft" <kaycee.croft@bakersterchi.com>, "Samantha R. Patterson"
<samantha.patterson@bakersterchi.com>, "litigation@nia.law" <litigation@nia.law>

Good afternoon,

Please find attached the letter regarding the scheduling of depositions in the above-referenced matter.

This correspondence is sent in a good-faith effort to obtain available deposition dates and to resolve this issue without court intervention. We respectfully request your response within the timeframe outlined in the letter.

Additionally, please let us know whether you will agree to an extension of the discovery deadline to allow sufficient time to complete all necessary depositions.

Please advise if you have any questions or wish to discuss this further. We look forward to your prompt response.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



[Quoted text hidden]

**2 attachments**



📄 **Four Brothers (0864) MTC Deposition Dates Letter.docx.pdf**
207K

📄 **Four Brothers (1189) MTC Deposition Dates Letter.docx.pdf**
207K