EXHIBIT

B

| | |
|---|---|
| **From:** | James R. Jarrow |
| **To:** | Anthony Pastor; "dax@nia.law"; "deishaly@nia.law"; Erik Barnard |
| **Cc:** | Samantha R. Patterson; Kaycee M. Croft |
| **Subject:** | Four Brothers v Acuity, case numbers 23:864 and 25:1189 |
| **Date:** | Wednesday, May 27, 2026 3:51:23 PM |
| **Attachments:** | 7068039.pdf |

Erik,

Attached is the invoice for Mr. Hartsock's time in deposition.  Please pay him directly.

When we spoke at the conclusion of the deposition, you were going to immediately send me dates for his deposition on the second case.  I never received any proposed dates from you.

Also, the Court reporter advised my office that you have not sent the deposition exhibits. Please send those to the Court reporter this week.

Thanks.

Jim


**James R. Jarrow | Member**
Kansas City - Crown Center
816.448.9308