EXHIBIT

C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FOUR BROTHERS                )
INVESTMENT LLC,              )
                             )
        Plaintiff,           )
                             )
v.                           )        Case No.:  4:25-cv-00864-CDP
                             )
ACUITY A MUTUAL INSURANCE    )
COMPANY,                     )
                             )
        Defendant.           )

**DEFENDANT'S FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURES**

Defendant Acuity, A Mutual Insurance Company ("Defendant"), by and through counsel,

hereby designate the following expert witnesses who may provide opinion testimony during the

trial of this case:

1. Josh Hartsock
   Rimkus
   Property Loss Consultant
   231 Millwell Dr
   Maryland Heights, MO 63043
   (314) 432-9255
   joshua.hartsock@rimkus.com

Attached is a copy of Mr. Hartsock's C.V. His hourly rate for deposition is $420.

Mr. Hartsock is a Professional Engineer.  He is a retained expert and will testify on his

opinions concerning storm damage as to the exterior of the building at issue.  He will testify

consistent with his report dated January 8, 2026 previously provided, and as set forth in his

deposition as taken on April 20, 2026, including exhibits.  Further, he will testify concerning his

criticisms of Mr. Wohlscheid's report and deposition, as contained in his supplemental report,

attached. Mr. Hartsock's opinions are based on his inspection of the roof and exterior of the

building, as well as photographs and other materials identified in his report. Mr. Hartsock has no list of prior testimony or depositions (other than the depositions he did in this case and the companion case). His opinions are also based on his training and experience, as described in his deposition and set forth in his C.V.

2. Nik Newgard
   Rimkus
   Building Consultant
   423 W. Travelers Trail
   Burnsville, MN 55337
   (763) 453-3815
   Nik.newgard@rimkus.com

Attached is a copy of Mr. Newgard's C.V. His hourly rate for deposition is $335.

He is a retained expert. Mr. Newgard will testify concerning his opinions on cost to replace certain items as set forth in his attached estimate. Mr. Newgard's opinions are based on his inspection of the roof and exterior of the building, as well as photographs and other materials identified in his estimate, as well as his training and experience as set forth in his C.V.

Respectfully submitted,

/s/ James R. Jarrow

| James R. Jarrow | MO #38686 |
| Samantha R. Patterson | MO #72958 |

BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
(816) 471- 2121 / (816) 472-0288 Fax
jarrow@bakersterchi.com
samantha.patterson@bakersterchi.com
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served via electronic mail on this

27th day of April, 2026 to the following:

Erik Barnard
Anthony Pastor
National Insurance Advocates LLP,
6619 S Dixie Hwy, #363
Miami, FL 33143
Email: service@nia.law


*/s/ James R. Jarrow*