

| | |
|---|---|
| **From:** | Service Email |
| **To:** | James R. Jarrow |
| **Cc:** | Kaycee M. Croft; Samantha R. Patterson; litigation@nia.law |
| **Subject:** | Re: [EXTERNAL SENDER] Re: 1st Request To Schedule Depositions - FOUR BROTHERS INVESTMENT LLC v. ACUITY A MUTUAL INSURANCE COMPANY - 4:25-cv-00864 |
| **Date:** | Friday, April 24, 2026 10:39:19 AM |

**This message originated from outside your organization**

Good morning,

For the Corporate Representative and Matt Friedl, we are available to conduct the depositions for both cases on the same day, back-to-back. For Amy Pacoe and Nik Newgard, the depositions will need to be scheduled on separate dates.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



On Fri, Apr 24, 2026 at 7:41 AM James R. Jarrow <jarrow@bakersterchi.com> wrote:

> I am confused by your email.  You want one day for each witness, correct?
>
> ---
>
> **From:** Service Email <Service@nia.law>
> **Sent:** Friday, April 24, 2026 7:39 AM
> **To:** James R. Jarrow <jarrow@bakersterchi.com>
> **Cc:** Kaycee M. Croft <kaycee.croft@bakersterchi.com>; Samantha R. Patterson <samantha.patterson@bakersterchi.com>; litigation@nia.law
> **Subject:** Re: [EXTERNAL SENDER] Re: 1st Request To Schedule Depositions - FOUR BROTHERS INVESTMENT LLC v. ACUITY A MUTUAL INSURANCE COMPANY - 4:25-cv-00864
>
>
> **This message originated from outside your organization**

Good morning,

For the same person we can do it the same day no problem.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



On Thu, Apr 23, 2026 at 4:37 PM James R. Jarrow <jarrow@bakersterchi.com> wrote:

> Thanks.  So do you want a separate day for each deposition?
>
> ---
>
> **From:** Service Email <Service@nia.law>
> **Sent:** Thursday, April 23, 2026 4:35 PM
> **To:** James R. Jarrow <jarrow@bakersterchi.com>
> **Cc:** Kaycee M. Croft <kaycee.croft@bakersterchi.com>; Samantha R. Patterson <samantha.patterson@bakersterchi.com>; litigation@nia.law
> **Subject:** Re: [EXTERNAL SENDER] Re: 1st Request To Schedule Depositions - FOUR BROTHERS INVESTMENT LLC v. ACUITY A MUTUAL INSURANCE COMPANY - 4:25-cv-00864
>
> **This message originated from outside your organization**
>
> Good afternoon,
>
> We previously provided the Corporate Representative deposition topics in prior emails; however, for ease of reference, please see the topics listed below:

Corporate Representative Deposition Topics:

1. The basis for the coverage decision on the subject claim made by the Defendant.
2. All correspondence between the Defendant and the Plaintiff prior to the filing of the lawsuit.
3. All correspondence between the Defendant's agents and the Plaintiff's agents prior to the filing of the lawsuit.
4. All repair and/or mitigation documents provided by the Plaintiff to the Defendant related to this matter.
5. All estimates related to the Plaintiff's property.
6. The insurance policy issued by the Defendant that was in effect at the time of the reported loss.
7. The Defendant's response to the Plaintiff's lawsuit, including all affirmative defenses.
8. All documents produced by the Plaintiff in this lawsuit.
9. All documents produced by the Defendant in this lawsuit.
10. All photographs of the subject property taken before and after the alleged loss.
11. The Plaintiff's compliance with pre-suit conditions and post-loss obligations.
12. Any and all information within the control of the Defendant or its counsel regarding the condition of the roof prior to the alleged date of loss.

We would prefer that you propose available dates for the Corporate Representative deposition so that we may accommodate scheduling as best as possible. We predict that each depostion could take 4 hours or more

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



On Thu, Apr 23, 2026 at 2:41 PM James R. Jarrow <jarrow@bakersterchi.com> wrote:

> Please send me a proposed corporate depo notice for each case, so I can see who the appropriate person(s) is/are. For the individuals, please send me some proposed dates, and indicate for each witness if you are thinking a half day or a full day.

Thanks.


Jim




**James R. Jarrow**
Baker Sterchi Cowden & Rice LLC
2400 E Pershing Road, Suite 500 | Kansas City, Missouri  64108-2533
**O** 816.471.2121 | jarrow@bakersterchi.com | bakersterchi.com

This communication and any attached file(s) are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, forwarding or copying of the contents of this communication, the information herein or hereto attached is prohibited, except by the intended recipient, an employee or agent responsible for delivering the message to the intended recipient. If you have received this communication in error, please notify the sender via e-mail or at the phone number provided in the signature block to this message. Thank you.

**From:** Service Email <Service@nia.law>
**Sent:** Thursday, April 23, 2026 2:38 PM
**To:** Dax Sotero <dax@nia.law>
**Cc:** James R. Jarrow <jarrow@bakersterchi.com>; Kaycee M. Croft <kaycee.croft@bakersterchi.com>; Samantha R. Patterson <samantha.patterson@bakersterchi.com>; Anthony Pastor <anthony@nia.law>; Deishaly Morales <deishaly@nia.law>; emilia@nia.law
**Subject:** Re: [EXTERNAL SENDER] Re: 1st Request To Schedule Depositions - FOUR BROTHERS INVESTMENT LLC v. ACUITY A MUTUAL INSURANCE COMPANY - 4:25-cv-00864


**This message originated from outside your organization**

Good afternoon,


We would like to request the availability of the following individuals for deposition in the matters listed below:

Case No. 4:25-cv-01189-CDP
• Matt Friedl
• Corporate Representative

Case No. 4:25-cv-00864-CDP
• Matt Friedl
• Corporate Representative
• Amy Pacoe
• Nik Newgard

Please provide available dates and times so we may proceed with scheduling.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



On Tue, Nov 25, 2025 at 4:44 PM Dax Sotero <dax@nia.law> wrote:

> Hi Jim, by desk adjuster we mean any adjuster who did not personally inspect the property but rather adjusted the claim based on the findings of others. In this case, I suppose that is Mr. Matt Friedl, Catastrophe Claims Representative. Please correct me if I am mistaken and Mr. Friedl conducted an on-site inspection of the property.
>
> Thanks,
>
> On Mon, Nov 24, 2025 at 6:24 PM James R. Jarrow <jarrow@bakersterchi.com>

wrote:

Anthony,

We are working on dates. By "desk adjustor", please identify who you mean. Thanks.

Jim



**James R. Jarrow**
Baker Sterchi Cowden & Rice LLC
2400 E Pershing Road, Suite 500 | Kansas City, Missouri  64108-2533
**O** 816.471.2121 | jarrow@bakersterchi.com | bakersterchi.com

We are pleased to announce our merger with Corneille Law Group, LLC, effective Oct. 1, 2025. The combined firm will retain the Baker Sterchi name and have offices in Missouri, Kansas, Illinois, Washington, Oregon and Wisconsin. Read more about the merger here.

This communication and any attached file(s) are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, forwarding or copying of the contents of this communication, the information herein or hereto attached is prohibited, except by the intended recipient, an employee or agent responsible for delivering the message to the intended recipient. If you have received this communication in error, please notify the sender via e-mail or at the phone number provided in the signature block to this message. Thank you.

**From:** Dax Sotero <dax@nia.law>
**Sent:** Friday, November 14, 2025 3:12 PM
**To:** James R. Jarrow <jarrow@bakersterchi.com>; Kaycee M. Croft <kaycee.croft@bakersterchi.com>; Samantha R. Patterson <samantha.patterson@bakersterchi.com>
**Cc:** Anthony Pastor <anthony@nia.law>; Deishaly Morales <deishaly@nia.law>; emilia@nia.law; Service Email <service@nia.law>
**Subject:** [EXTERNAL SENDER] Re: 1st Request To Schedule Depositions - FOUR BROTHERS INVESTMENT LLC v. ACUITY A MUTUAL INSURANCE COMPANY - 4:25-cv-00864

This message originated from outside your organization

We are requesting these depositions take place via Zoom.

Please see the Corporate Representative topics below:

1. The basis of the coverage decision of the subject claim made by the Defendant organization.
2. All correspondence between the Defendant and Plaintiff prior to a lawsuit being filed.
3. All correspondence between the Defendant's agents and the Plaintiff's agents prior to a lawsuit being filed.
4. All repair/mitigation documents provided by the Plaintiff to the Defendant related to this lawsuit.
5. All estimates related to the Plaintiff's property.
6. The insurance policy issued by the Defendant that was in effect at the time of the reported loss.
7. The Defendant's response to the Plaintiff's lawsuit including all affirmative defenses.
8. All documents produced by the Plaintiff in the instant lawsuit.
9. All documents produced by the Defendant in the instant lawsuit.
10. All photographs taken of the subject property before and after the subject loss.
11. Plaintiff's compliance with pre-suit conditions and post-loss obligations.
12. Any and all information within the Defendant or their counsels control regarding the condition of this roof prior to the alleged date of loss

On Fri, Nov 14, 2025 at 1:25 PM Dax Sotero <dax@nia.law> wrote:

Greetings Counsel,

Our office formally requests to schedule the depositions of Defendant's Field Adjuster, Engineer, Corporate Representative, and Desk Adjuster no less than 60 days from the date of this request.

Please confer with the abovementioned witnesses and provide us with at least 3 potential deposition dates for each based on your mutual availability.

Thank you,

--

**Dax Sotero**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**

--

**Dax Sotero**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**

This email has been scanned for viruses and malware by **Mimecast**.

--

**Dax Sotero**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**

This email has been scanned for viruses and malware by **Mimecast**.

This email has been scanned for viruses and malware by **Mimecast**.

This email has been scanned for viruses and malware by **Mimecast**.