EXHIBIT

E

| | |
|---|---|
| **From:** | James R. Jarrow |
| **To:** | Carla Rosa |
| **Cc:** | Anthony Pastor; Samantha R. Patterson; Kaycee M. Croft; litigation@nia.law; Erik Barnard |
| **Subject:** | FOUR BROTHERS INVESTMENT LLC |
| **Date:** | Friday, May 8, 2026 8:27:15 AM |

Newgard is available for deposition on May 26.  Please send out a notice within the next few days if you intend to proceed with his deposition.

Jim

**James R. Jarrow | Member**
Kansas City - Crown Center
816.448.9308