EXHIBIT

F

| | |
|---|---|
| **From:** | Erik Barnard  <erik@nia.law> |
| **Sent:** | Monday, June 1, 2026 4:25 PM |
| **To:** | James R. Jarrow |
| **Cc:** | litigation@nia.law |
| **Subject:** | [EXTERNAL SENDER] Four Brothers (Both matters: Case No. 4:25-CV-01189-CDP & Case No. 4:25-CV-00864-CDP) |
| **Attachments:** | MX deadlines - four brothers 0864.docx; MX deadlines - four brothers 1189.docx |

**This message originated from outside your organization**

James,

Please see the attached Motions to extend the case deadlines as we are having difficulting scheduling with your office. Ideally, we would like to proceed through a Joint Motion so both parties may complete their discovery. Are you available for a quick call on these matters so we can indicate your position on the relief sought?

My cell is 305-798-2533.

Thanks,

--

**Erik T. Barnard, Esq.**
**Attorney**
5900 Balcones Drive, STE 100
Austin, TX 78731
Tel. +1 (833) 701-4110



**NATIONAL INSURANCE** ADVOCATES

**Bar Admissions:**

**Florida #110327**

**NOTICE**: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

1