UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FOUR BROTHERS INVESTMENT LLC,   )
                                )
          Plaintiff,            )
                                )
     v.                         )          Case No. 4:25 CV 864 CDP
                                )          and No. 4:25 CV 1189 CDP
ACUITY, A MUTUAL INSURANCE      )
COMPANY,                        )
                                )
          Defendant.            )

## <u>ORDER</u>

For the reasons discussed at today's telephone status conference,

**IT IS HEREBY ORDERED** that, **forthwith**, counsel for the parties shall meet and confer in accordance with Local Rule 3.04(A) to determine the additional discovery that each side needs in both cases (including depositions), a reasonable time to complete additional discovery, and how that additional time will affect the remaining schedule in each case.

**IT IS FURTHER ORDERED** that not later than **<u>June 18, 2026</u>**, counsel shall file a Joint Report in each case that addresses the following:  1) their compliance with Local Rule 3.04(A); 2) their agreement regarding the additional discovery needed in each case, including witnesses to be deposed, the availability of those witnesses, and proposed deposition dates; 3) whether the time needed for additional discovery affects the remaining schedule set out in the Case Management Orders and, if so, proposed extensions to the remaining deadlines; and 4) exclusionary dates for trials in the event the trials are reset

from their current setting of November 16, 2026.

In the event the parties cannot reach agreement on a matter set out above, any such disagreement shall be included in the Joint Report.  A separate Joint Report shall be filed in each case.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of June, 2026.