UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FOUR BROTHERS INVESTMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Defendant. | ) | Case Nos. 4:25 CV 864 CDP<br>4:25 CV 1189 CDP |

**AMENDED CASE MANAGEMENT ORDER**

Upon review of the parties' Joint Status Report, I have decided to amend the Case Management Order in each of these cases and will adopt the scheduling modifications proposed by the parties.

Accordingly,

**IT IS HEREBY ORDERED** that the following schedule shall apply to the remaining proceedings in both these cases and will be modified only upon a showing of exceptional circumstances:

**I. SCHEDULING PLAN**

1. The cases continue to be assigned to Track 2 (Standard).

2. Remaining discovery shall proceed in the following manner:

(a) The parties shall complete all discovery no later than **September 1, 2026**.

(b) Motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed later than seven (7) days after discovery is completed.

3. I will not re-refer the cases to alternative dispute resolution, but the parties are encouraged to continue their efforts to resolve them.

4. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or any motions to limit or exclude expert testimony must be filed no later than **October 1, 2026**. Opposition briefs shall be filed no later than thirty (30) days after the motion or **November 2, 2026**, whichever is earlier. Any reply brief may be filed no later than seventeen (17) days following the response brief or **November 19, 2026**, whichever is earlier.

## II. ORDER RELATING TO TRIAL

These actions are removed from the trial date of November 16, 2026, and are **RESET** for **JURY TRIAL** on **Monday, March 8, 2027**, at **9:00 a.m.** This is a **two**-week docket.

In all other respects, the Order Relating to Trial set out in the earlier filed Case Management Orders (Case No. 4:25CV864, ECF 21; Case No. 4:25CV1189, ECF 27) remain in full force and effect.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Extension of Discovery and Dispositive Motion Deadlines (Case No. 4:25CV864, ECF 39; Case No. 4:25CV1189, ECF 34) are **DENIED as moot.**

Failure to comply with any part of this Order may result in the imposition of sanctions.

Catherine D Perry

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of June, 2026.