UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FOUR BROTHERS INVESTMENTS LLC, )
                                          )
      Plaintiff(s),                    )
                                          )
v.                                   )     No. 4:25-CV-00864-CDP
                                          )
ACUITY INSURANCE COMPANY,      )
                                          )
      Defendant(s).                )
                                          )

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

#### Option 2

☒ An ADR conference was held on: *May 19, 2026* .

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on *May 19, 2026* .
The parties [☐ did  ☒ did not] achieve a settlement. **Check one**

#### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: *8/5/2026*          Neutral: _____

                                            REEVES, JAMES W.
                                            Signature